■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

VARNER DEMARY, Appellant.—Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on August 15, 1988, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Asch, Milonas, Kassal and Wallach, JJ.